UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ariel Abittan,

    Plaintiff,

    v.                                                    CASE NO.: **1:20-cv-8226**

Experian Information Solutions, Inc., and
American Express National Bank

    Defendants.

_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2), Plaintiff Ariel Abittan and Defendant Experian Information Solutions, Inc., stipulate and request that the Court dismiss, with prejudice, all claims of Plaintiff against Experian Information Solutions, Inc., with each party to bear its own costs and attorneys' fees.

**Dated:** May 10, 2021

| For Plaintiff Ariel Abittan | For Defendant Experian Information Solutions, Inc. |
|---|---|
| *[signature]* | *[signature]* |
| Mark Rozenberg | Aaron Seong |
| Stein Saks, PLLC | Jones Day |
| 285 Passaic Street | 250 Vesey Street |
| Hackensack, NJ 07601 | New York, NY 10821 |
| Ph: (201) 282-6500 | Ph: (212) 326-3758 |
| mrozenberg@steinsakslegal.com | aseong@jonesday.com |

Dated:    May 10, 2021
              New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

1